UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DAVID JOHNSON | No. C 10-04191 LB |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO FILE CONSENT/DECLINATION FORM** |
| v. | |
| RONALD VERDI | |
| Defendant. | |
| _____/ | |

On November 15, 2010, the parties in this action filed a Stipulation and Proposed Order for Dismissal. ECF No. 5. Before the Court can approve the parties' Stipulation dismissing this action, the parties must consent to United State Magistrate Judge Laurel Beeler's jurisdiction. *See* 28 U.S.C. § 636(c). Since Plaintiff consented to Judge Beeler's jurisdiction on November 15, 2010 (ECF No. 4), the Court directs Defendant to complete and file the attached form either consenting to or declining to consent to Judge Beeler's jurisdiction before November 29, 2010. Plaintiff shall serve Defendant with a copy of this Order and shall file a proof of service with the Court.

**IT IS SO ORDERED.**

Dated: November 15, 2010

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
C 10-04191

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DAVID JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RONALD VERDI,<br><br>　　　　Defendant.<br>_____/ | No. C 10-04191 LB<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　　　　Counsel for _____
　　　　　　　　　　　　　　　　　　　　　　(Plaintiff, Defendant or indicate "pro se")

C 10-04191　　　　　　　　　　2

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DAVID JOHNSON,<br><br>         Plaintiff,<br><br>   v.<br><br>RONALD VERDI,<br><br>         Defendant.<br>_____/ | No.  C 10-04191 LB<br><br>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge and requests the reassignment of this case to a United States District Judge.

Dated: _____         Signature_____

                                                             Counsel for _____
                                                             (Plaintiff, Defendant, or indicate "pro se")