THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for David Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHNSON,    Case No.  CV 10-4191 LB

        STIPULATION OF DISMISSAL; ORDER

    Plaintiff,

v.

RONALD VERDI,

    Defendant.
_____/

    The parties hereto stipulate as follows:

    The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

    Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The parties request the Court to retain jurisdiction for 18 months from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for 18 months after the date hereof.

Date:  November 15, 2010                                  Date:  November 15, 2010


S/Ronald Verdi,                                                      S/Thomas N. Stewart, III,
Defendant                                                                Attorney for Plaintiff


IT IS SO ORDERED:

Having filed a joint consent to Magistrate Judge Beeler's jurisdiction on November 15, 2010, the Court hereby vacates the deadline set forth in the Court's November 15, 2010 Order.

Date:  November 16, 2010                          _____
                                                                     Judge/Magistrate
                                                                     IT IS SO ORDERED
                                                                     Judge Laurel Beeler